**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **JORGE HEREDIA,**<br><br>                              **Plaintiff(s),**<br><br>   -vs-<br><br><br>**WALMART, INC. ABC CO. 1-10 And JOHN DOE 1-10,** said names being fictitiously, true names currently unknown**,**<br><br>                              **Defendant(s).** | INDEX NO.:<br><br>*Civil Action*<br><br>**PETITION FOR REMOVAL** |

Removing Defendant **WALMART INC.,** (hereinafter referred to as "Removing Defendant"), upon information and belief, states as follows:

1.  On or about May 2, 2022, Plaintiff Jorge Heredia commenced an action against the Removing Defendant in the Superior Court of New Jersey, County of Union, bearing Docket Number UNN-L-1274-22. A copy of the Complaint is annexed hereto as **Exhibit "A"**.

2.  Plaintiff is a resident of the State of New Jersey. (See, **Exhibit "A"**, Complaint).

3.  Removing Defendant is a corporation organized and existing under the laws of the State of Delaware with a principal place of business in Bentonville, Arkansas.

4.  There is complete diversity of citizenship between Plaintiff and Defendant.

5.  Removing Defendant was served with Plaintiff's Complaint less than thirty (30) days ago.

6.  Upon information and belief, the amount in controversy is more than $75,000.00, exclusive of interest and costs.

7. Accordingly, this Court has diversity jurisdiction of this action pursuant to 28 U.S.C § 1332, and Removing Defendant is entitled to removal of this action pursuant to 28 U.S.C § 1441.

**WHEREFORE**, Removing Defendant prays that this action be removed to the United States District Court for the District of New Jersey, pursuant to 28 U.S.C § 1441 and § 1446.

                                          **COTTRELL LAW GROUP**
                                          *Attorneys for Defendant,*
                                          *Walmart Inc.*

By: _/s/ Floyd G. Cottrell_
        **Floyd G. Cottrell, Esq. /009391985**
        fcottrell@cs-njnylawfirm.com
        3 University Plaza Drive, Suite 500
        Hackensack, New Jersey 07601
        Phone: (973) 643-1400, Ext. 13
        Fax: (973) 643-1900
        Our File No.: 25-20-759

Dated: May 12, 2022

# Exhibit "A"

**GARY J. LUSTBADER, ESQ.**
80 Main Street
West Orange, NJ 07052
(973) 736-1533
Attorneys for Plaintiff(s)
ID# 007991984

|  |  |
|---|---|
| JORGE HEREDIA | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: UNION COUNTY<br>DOCKET NO. UNN-L- |
| Plaintiff(s) | : |
| -vs- | : Civil Action |
| WALMART, INC. ABC CO. 1-10<br>And JOHN DOE 1-10, said names<br>being fictitious, true<br>names currently unknown | : **COMPLAINT AND DEMAND**<br>**FOR TRIAL BY JURY** |
| Defendant(s) | : |

The plaintiff, Jorge Heredia, residing at 313 Rosehill Place in the City of Elizabeth, County of Union, and State of New Jersey, by and through his attorney, Gary J. Lustbader, Esq., complaining of the defendants, states as follows:

## FIRST COUNT

1. On or about June 6, 2020, and prior thereto, the defendants, Walmart, and/or ABC Co. 1-5 and/or John Doe 1-5, was the owner, operator and in control of the premises located at 100 North Main Street in the Borough of Manville, County of Somerset, and State of New Jersey.

2. On or about June 6, 2020, the defendants maintained the premises and floors in a negligent, reckless and careless manner by allowing said premises and floors to become in a state of disrepair and in a dangerous and hazardous condition

for anyone lawfully upon the premises as aforementioned.

3. The defendants, through their agents, servants and/or employees were in charge of and responsible for the maintenance, control, operation, construction, inspection, supervision, repair, safety, cleaning and management of the aforementioned premises.

4. The defendants, and each of them, had a duty to warn plaintiff of the dangerous and unsafe condition existing on the aforesaid premises of which they knew or should have known.

5. The defendants, and each of them, breached their duty to persons lawfully on said premises and more particularly to the plaintiff, Jorge Heredia, by carelessly, recklessly and negligently constructing, supervising, maintaining, cleaning, inspecting, controlling and repairing the aforesaid premises and by failing to adequately warn plaintiff of the dangerous and hazardous conditions on said premises and floors.

6. The plaintiff, Jorge Heredia, on or about June 6, 2020 was lawfully on the premises as aforedescribed.

7. On the date and place aforestated, the plaintiff was caused to slip, fall and become injured when plaintiff fell on debris and/or a liquid substance on the floor in the defendant's premises as a result of the negligence, recklessness and carelessness of the defendants herein.

8. As a direct and proximate result of the negligence,

carelessness and recklessness and the nuisance adopted, created and maintained by the defendants herein, the plaintiff was severely and permanently injured, suffered and will in the future suffer great pain and mental anguish; required and will in the future require medical care and assistance, and incurred expenses for same, and was deprived and prevented and will in the future be deprived and prevented from carrying on his usual pursuits and occupations, and was in other ways injured and damaged to his great detriment.

WHEREFORE, plaintiff demands judgment against the defendants on this Complaint for:

A) Compensatory damages;

B) Interest;

C) Costs of suit;

D) Attorneys fees

## SECOND COUNT

1. The plaintiff repeats each and every allegation contained within the First Count as if same were set forth herein at length.

2. The defendant, John Doe 6-10 and/or ABC Co. 6-10, were companies and entities responsible for the construction, janitorial services, ownership, operation, control, maintenance, management, supervision, repair and safety of the area, and floors of the Walmart store located at 100 North Main

Street in the Borough of Manville, County of Somerset, and State of New Jersey.

3. The defendants, individually and collectively were responsible for the construction, cleaning, ownership, operation, control, maintenance, and management of the premises and floors of the Walmart store located at 100 North Main Street in the Borough of Manville, County of Somerset, and State of New Jersey.

4. The defendants, individually and collectively all had a duty to exercise reasonable care in the control, design, maintenance, repair and safety of the premises and floors located at 100 North Main Street in the Borough of Manville, County of Somerset, and State of New Jersey.

5. The defendants failed to exercise reasonable care in the exercise of their duties.

6. The defendants created and/or maintained a dangerous condition and had actual and/or constructive notice thereof which was the proximate cause of plaintiff's injuries and failed to warn the plaintiff of the dangers therein.

7. As a direct and proximate result of the defendant's negligent acts and/or omissions, the plaintiff, Jorge Heredia was severely and permanently injured, suffered, still suffers and will in the future suffer great pain and anguish, was, still is and will in the future be incapacitated from

continuing his usual course of conduct and employment, was, still is and will in the future be obliged to undergo medical and other needed care for the relief of his aforesaid injuries, and to incur large expenses for same, and was otherwise damaged and restricted in her bodily movements, conduct, activities and functions, past, present and future.

WHEREFORE, plaintiff, Jorge Heredia, demands judgment against the defendants on this Count of the Complaint for:

A) Compensatory Damages;

B) Interest;

C) Costs of Suit;

D) Attorneys' Fees.

BY: _____
GARY J. LUSTBADER, ESQ.

DATED: May 2, 2022

Plaintiff hereby demands trial by jury on all issues of this action.

BY: _____
GARY J. LUSTBADER, ESQ.

DATED: May 2, 2022

CERTIFICATION OF COUNSEL

1. Pursuant to Rule 4:5-1, the undersigned hereby certifies that at the time of filing this pleading, the matter in controversy is not the subject of any other action pending in any court and/or arbitration proceeding.

2. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

BY: _____
GARY J. LUSTBADER, ESQ.

DATED: May 2, 2022

# Civil Case Information Statement

## Case Details: UNION | Civil Part Docket# L-001274-22

**Case Caption:** HEREDIA JORGE VS WALMART, INC.
**Case Initiation Date:** 05/02/2022
**Attorney Name:** GARY J LUSTBADER
**Firm Name:** GARY J. LUSTBADER
**Address:** STE 450 80 MAIN ST
WEST ORANGE NJ 070520000
**Phone:** 9737361533
**Name of Party:** PLAINTIFF : Heredia, Jorge
**Name of Defendant's Primary Insurance Company (if known):** None

**Case Type:** PERSONAL INJURY
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 6 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO
**Does this case involve claims related to COVID-19?** NO

**Are sexual abuse claims alleged by: Jorge Heredia?** NO

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
  **If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
  **If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

05/02/2022
Dated

/s/ GARY J LUSTBADER
Signed